# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

CAROLYN WENDY HERZ,

       Plaintiff,

      vs.                             CASE NO: 1:17-cv-01102-SEB-TAB

EVAN GOODMAN, THOMAS CARROLL,
CYNTHIA AYERS, SHERYL LYNCH, J. RICHARD
CAMPBELL, UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT, UNITED STATES
DISTRICT COURT FOR THE NORTHERN DISTRICT OF
ILLINOIS, PAUL KRAFT, DOUGLAS MASSON,
DAVID G. MOSCRIP, SANJAY MISHRA, FAYE CRAIG,
HAL BROXMEYER and JONATHAN ADLAND,

       Defendants.

## APPEARANCE OF COUNSEL

To:    The Clerk of this Court and all parties of record

       I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:  David G. Moscrip and Sanjay Mishra.

Date: <u>April 25, 2017</u>

s/ Laura K. Binford
Laura K. Binford, Attorney No. 15280-49A
RILEY BENNETT EGLOFF LLP
Fourth Floor
141 E. Washington Street
Indianapolis, IN  46204
*Address*

lbinford@rbelaw.com
*e-mail address*

(317) 636-8000
*Telephone number*

(317) 636-8027
*FAX number*

{01301160- }

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April, 2017, a copy of the foregoing *Appearance of Counsel* was electronically filed with the Clerk of Court using the CM/ECF system, and was sent to the following counsel of record by way of the CM/ECF system and/or U.S. Mail:

Carolyn Wendy Herz
3105 Lehigh Court
Indianapolis, IN  46268

Jill Z. Julian
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN  46204
jill.julian@usdoj.gov

Robert M. Hamlett
P.O. Box 4372
Carmel. IN  46082
rhamlett@roberthamlett.com

Douglas J. Masson
Hoffman Luhman & Masson, P.C.
200 Ferry Street, Suite C
P.O. Box 99
Lafayette, IN  47902
djm@hlblaw.com

Kyle C. Fletcher
Office of the Attorney General
302 West Washington Street
IGCS, 5th Floor
Indianapolis, IN  46204
kyle.fletcher@atg.in.gov

s/ Laura K. Binford
Laura K. Binford

LKB/7223.154/LKN

{01301160- }

2